UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOMERVILLE PUBLIC SCHOOLS,<br>167 Holland Street<br>Somerville, MA 02144<br><br>and<br><br>EASTHAMPTON PUBLIC SCHOOLS<br>50 Payson Avenue<br>Easthampton, MA 01027<br><br>and<br><br>AMERICAN FEDERATION OF TEACHERS,<br>555 New Jersey Avenue N.W.<br>Washington, D.C. 20001<br><br>and<br><br>AMERICAN FEDERATION OF TEACHERS MASSACHUSETTS,<br>38 Chauncy Street<br>Suite 402<br>Boston, MA 02111<br><br>and<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, COUNCIL 93<br>8 Beacon Street<br>Boston, MA  02108<br><br>and<br><br>AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS<br>555 New Jersey Avenue NW, Suite 600<br>Washington, D.C. 20001<br><br>and | Civil Action No.  1:25-cv-10677<br><br>**DECLARATION OF RACHEL F. HOMER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION<br>1800 Massachusetts Ave, NW<br>Washington, D.C. 20036<br><br>                    *Plaintiffs,*<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br>1600 Pennsylvania Avenue NW<br>Washington, D.C. 20500<br><br>and<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education,<br>400 Maryland Avenue S.W.<br>Washington, D.C. 20202<br><br>and<br><br>U.S. DEPARTMENT OF EDUCATION,<br>400 Maryland Avenue S.W.<br>Washington, D.C. 20202<br><br>                    *Defendants.* | |

I, Rachel F. Homer, hereby certify and state:

1.   I am Director of Democracy 2025 & Senior Attorney at Democracy Forward Foundation.

2.   My business address is P.O. Box 34553, Washington, D.C. 20043.  My business telephone number is 202-448-9090.  My business fax is 202-796-4426.  My email address is rhomer@democracyforward.org.

3. I am a member in good standing of the Bars of Massachusetts, the District of Columbia, the U.S. District Court for the District of Columbia, the U.S. District Court for the Western District of Wisconsin, the U.S. District Court for the District of Maryland, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Tenth Circuit, the U.S. Court of Appeals for the District of Columbia Circuit, and the Supreme Court of the United States. I have no pending disciplinary proceedings against me in any jurisdiction.

4. I have not been denied admission, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before any bar, or before this Court or any other court.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: Washington, D.C.
March 24, 2025

Respectfully submitted,

/s/ *Rachel F. Homer*
Rachel F. Homer
(MA State Bar No. 693642)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: 202-448-9090
Facsimile: 202-796-4426
Email: rhomer@democracyforward.org

*Attorney for Plaintiffs*