IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Somerville Public Schools,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**Donald J. Trump,** *et al.*,<br><br>Defendants. | Civil Case No. 1:25-cv-10677 |

## **MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

The Plaintiffs in the above-styled matter hereby request, pursuant to Local Rule 7.1(b)(4), leave to exceed the Court's page limit in order to file a memorandum of law supporting a motion for preliminary injunction of no more than 40 pages. Good cause exists to grant this request. This case concerns complex statutory and regulatory frameworks across multiple Department of Education programs, and it involves several Plaintiffs. A full presentation of all those issues exceeding 20 pages would better assist the court in understanding why the Department's dismantling should be enjoined.

THEREFORE, PREMISES CONSIDERED, the Plaintiffs respectfully request that the Court grant leave to file a memorandum of law supporting a motion for preliminary injunction, of a length not to exceed 40 pages.

RESPECTFULLY SUBMITTED this Twenty-Eighth day of March 2025.

 /s/ *Will Bardwell*
Will Bardwell

**FOR THE PLAINTIFFS**
Mark B. Samburg (MA State Bar No. 680099)
Rachel F. Homer (MA State Bar No. 693642)
Kali Schellenberg (MA State Bar No. 694875)
Will Bardwell* (DC Bar No. 90006120)
Elena Goldstein* (NY State Bar No. 4210456)
Victoria Nugent* (DC Bar No. 470800)
Adnan Perwez* (DC Bar No. 90027532)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C.  20043
Telephone: 202.448.9090
Facsimile: 202.796.4426
msamburg@democracyforward.org
rhomer@democracyforward.org
kschellenberg@democracyforward.org
wbardwell@democracyforward.org
egoldstein@democracyforward.org
vnugent@democracyforward.org
aperwez@democracyforward.org


* admitted *pro hac vice*