# Exhibit 1

**U.S. Department of Education**

Español | Data | Research | Contact Us

Higher Ed | Adult Programs | Birth to Grade 12 Education | Teaching & Admin | Grants & Programs | Laws & Policy

HOME / ABOUT US / NEWSROOM / PRESS RELEASES

PRESS RELEASE

# U.S. Department of Education Initiates Reduction in Force

MARCH 11, 2025

As part of the Department of Education's final mission, the Department today initiated a reduction in force (RIF) impacting nearly 50% of the Department's workforce. Impacted Department staff will be placed on administrative leave beginning Friday, March 21st.

"Today's reduction in force reflects the Department of Education's commitment to efficiency, accountability, and ensuring that resources are directed where they matter most: to students, parents, and teachers," said **Secretary of Education Linda McMahon.** "I appreciate the work of the dedicated public servants and their contributions to the Department. This is a significant step toward restoring the greatness of the United States education system."

The Department of Education will continue to deliver on all statutory programs that fall under the agency's purview, including formula funding, student loans, Pell Grants, funding for special needs students, and competitive grantmaking.

All divisions within the Department are impacted by the reduction, with some divisions requiring significant reorganization to better serve students, parents, educators, and taxpayers.

**Background**

When President Trump was inaugurated, the Department's workforce stood at 4,133 workers. After today's actions, the Department's workforce will total roughly 2,183 workers. Included in the reduction in force are nearly 600 employees who accepted voluntary resignation opportunities and retirement over the last seven weeks, including:

- 259 employees accepted the Deferred Resignation Program
- 313 employees accepted the Voluntary Separation Incentive Payment

Remaining employees impacted by the reduction in force will be placed on administrative leave beginning next Friday, March 21. Pursuant to regulatory requirements and the Department's collective bargaining agreement, all impacted employees will receive full pay and benefits until June 9th, as well as substantial severance pay or retirement benefits based upon their length of service.

---

**CONTACT**

Press Office   |   press@ed.gov   |   (202) 401-1576   |   Office of Communications and Outreach (OCO)

---

Office of Communications and Outreach (OCO)

Page Last Reviewed: March 27, 2025

## Pay for College

- Fill out the FAFSA
- 529 Plans
- Loan Forgiveness
- 1098 Tax Forms

## Educational Resources

- 504 Plans
- FERPA
- IEPs (Individualized Education Program)

## Teaching Resources

- Become a Teacher
- Professional Resources
- School Safety and Security
- Teaching Abroad

## File a Report

- Report Fraud, Waste, or Abuse
- Report a Civil Rights Violation
- Student Privacy Complaint Forms

## About Us

- Contact Us
- ED Offices
- Overview of ED
- Frequently Asked Questions (FAQs)
- Jobs at ED

## News

- Press Releases
- Homeroom Blog
- Subscriptions

## Site Notices and Privacy Policies

- Accessibility Support

## ED Archive

**U.S. Department of Education**

     
ES


www.ed.gov
An official website of the Department of Education

About Dept of Education | Accessibility Support | No FEAR Act data | Office of the Inspector General | Performance reports | FOIA | Privacy Policy | ED Archive

Looking for U.S. government information and services? Visit USA.gov