IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STATE OF NEW YORK,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **LINDA McMAHON, in her official capacity as Secretary of Education,** *et al.*, <br><br> *Defendants*. | No. 1:25-cv-10601-MJJ |
| **SOMERVILLE PUBLIC SCHOOLS,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **DONALD J. TRUMP, in his official capacity as President of the United States,** *et al.*, <br><br> *Defendants*. | No. 1: 25-cv-10677-MJJ |

**DEFENDANTS' ASSENTED-TO MOTION FOR REVISED BRIEFING SCHEDULE
AND REQUEST FOR LEAVE TO FILE ADDITIONAL PAGES**

Pursuant to Local Rule 7.1(b)(4), Defendants in the above-captioned cases respectfully request leave to file a single, consolidated brief of up to 40 pages responding to both (1) Plaintiffs' Motion for a Preliminary Injunction in *State of New York v. McMahon*, No. 1:25-cv-10601-MJJ, ECF No. 69; and (2) Plaintiffs' Motion for Preliminary Injunction in *Somerville Public Schools v. Trump*, No. 1:25-cv-10677-MJJ, ECF No. 25.  Defendants will file the same, 40-page opposition brief in both cases.  Defendants also request that the Court vacate the briefing schedule previously set by the Court via minute order in *State of New York v. McMahon*, ECF No. 79, and instead set the following briefing schedule in both cases:

| Defendants' Consolidated Opposition Brief | April 11, 2025 |
|---|---|
| Plaintiffs' Reply Briefs | April 18, 2025 |
| Hearing in Both Cases | April 25, 2025, at 2:00 PM (no change from schedule previously set in *State of New York v. McMahon*) |

Good cause exists for Defendants' request.  As reflected in both Plaintiffs' briefs, the Plaintiffs seek similar relief under similar sets of arguments.  It would promote judicial efficiency for the related arguments to be addressed simultaneously, on the same schedule, in the same set of briefings.  Given the overlength briefs and numerous declarations filed by both sets of Plaintiffs, Defendants anticipate needing more than the standard 20 pages to present their opposition.  Finally, the proposed briefing schedule maintains the hearing date previously set by this Court in *State of New York v. McMahon*.

Defendants have conferred with counsel for both sets of Plaintiffs; Plaintiffs assent to this request.

DATED: April 4, 2025                    Respectfully submitted,

                                                                 YAAKOV M. ROTH
                                                                 Acting Assistant Attorney General

                                                                */s/ Brad P. Rosenberg*
                                                                 BRAD P. ROSENBERG
                                                                (D.C. Bar No. 467513)
                                                                Special Counsel
                                                                United States Department of Justice
                                                                Civil Division, Federal Programs Branch
                                                                1100 L Street, N.W.
                                                                Washington, DC 20005
                                                                Tel:  202-514-3374
                                                                Email:  brad.rosenberg@usdoj.gov

                                                                *Counsel for Defendants*