!"#$%&#'"!$&(#)$*$&)#(!)$+!,$#,-'+$#
.-+#$%&#(!)$+!,$#-.#/*))*,%')&$$)#

#$%&'()**&"  +,-*)."   #./$$*#0"
&1#2/1%+2$3"  +,-*)."  #./$$*#0"
1%&').13"    4&5&'12)$3"    $4"
2&1./&'#0" 1%&').13" 4&5&'12)$3"
$4"  2&1./&'#"  %1##1./,#&22#0"
1%&').13" 4&5&'12)$3" $4" #212&0"
.$,326"    135"   %,3).)+1*"
&%+*$6&&#0"1%&').13"1%&'#).12)$3"
$4"  ,3)(&'#)26"  +'$4&##$'#0" 789"
#&'().&'&%+*$6&&#")32&'312)$3"$31*"
,3)$$30"

. 7>H"3C&"!JKLMD?M!NOPP"

"""+:7;8<;==>0"

""?#"

5$31*5"A&"2',%+0";8"B;>"C==;D;7:"D7E7D;<F"
7>" +GH>;9H8<" C="<BH"  ,8;<H9" #<7<H>0" *)351"
%.%1/$3" ;8" BHG" C==;D;7:"D7E7D;<F"7>"
#HDGH<7GF"  C="  &9ID7<;C80"  789"   ,&#&"
5&+1'2%&32"$4"&5,.12)$3")$30"

"""5H=H8978<>&"

01*!"$!..)2#"-$!,&#-.#)'001&/&"$*1#*'$%-+!$3#

+:7;8<;==>0"GH>EHD<=I::F">IQR;<"B;>"3C<;DH"C="#IEE:HRH8<7:"1I<BCG;<F"<C"79?;>H"<BH"  .CIG<"
<B7<0"C8"%7F"S0"KNKL0"<BH"/C8CG7Q:H"#I>78")::><C8"C="<BH" ,8;<H9"#<7<H>"5;><G;D<"C="  .CIG<"
3CG<BHG8G8"5;><;D<"C=".7:;:C8;7;7";>>IH9"7"9HD;;C8"TG78<;8T""<HRECG7GF"GH><G7;8;8T";8"
! "#$%&'()*#+#$',%-()-.)/-0#$("#(,)1"23-4##56)!*789:;)0<)=$>"20".;?#"3C&"KLMD?MUOSV0"5W&"
VL"X3&5&".7:#"%7F"S0"KNKLY0"<B7<"QH7G;8T>"9;GHD<:F"C8"<BH"+:7;8<;==>=="?"EH89;8T"RC<;C8>"
;8[18D<;C80"X5W&"KLY&"$&="E7G<;DI:7G;RECG<78DH"<C"<BH;G"+:7;8<;==>=="GH:;H="=CG"'H:;H=0"+:7;8<;==>"
789"GH9GH>>7Q;;<F"XEE&"!!M!VY\"DB788H:;8T"XEE&"!VMKLY\"<BH":7DW"C="DC8><;<I<;C87:"789">7<I<CGF"
7I<BCG;<F="=CG"<BH"+GH>;9H8<="789"$%#]$%-"<C"C9CG9HG"7EEGC?7:"C="7EEGC?7:">7<I><BH;H>"XEE&"<BH"